IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-CR-106 |
| ) | (PHILLIPS/GUYTON) |
| ROBERTO R. ANDRADE, ) | |
| TERRY STRANGE and ) | |
| BROOKE TIPTON, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the following motions filed by the defendant Roberto R. Andrade: (1) Motion to Sever and Memorandum in Support [Doc. 39]; (2) Motion to Unseal Documents [Doc. 40]; (3) Motion to Suppress Fruits of Wiretaps and Memorandum in Support [Doc. 41]; and (4) Motion to Adopt Motions of Co-Defendants [Doc. 47]. Defendant Andrade entered a guilty plea before United States District Judge Thomas W. Phillips on January 5, 2007. [See Doc. 55]. Accordingly, Defendant Andrade's pending motions [Docs. 39, 40, 41, and 47] are **DENIED AS MOOT**.

The defendant Terry Strange filed a Motion to Sever [Doc. 44] and a Motion to Suppress Evidence Obtained as a Result of Title III Wiretaps [Doc. 45]. The Court notes that

Defendant Strange also entered a guilty plea on January 5, 2007. [See Doc. 52]. Accordingly, Defendant Strange's pending motions [Docs. 44 and 45] are **DENIED AS MOOT**.

The defendant Brooke Tipton filed a Motion to Suppress Wire Communications Intercepted from "Target Telephone #2" [Doc. 42], with a Memorandum in Support [Doc. 43], and a Motion to Adopt Motions Filed by Defendants Andrade and Strange [Doc. 46]. The Court notes that Defendant Tipton entered a guilty plea on November 22, 2006. Accordingly, Defendant Tipton's pending motions [Docs. 42 and 46] are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

   s/ H. Bruce Guyton   
United States Magistrate Judge